```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>In Re: Colgate-Palmolive</u>
<u>Softsoap Antibacterial Hand Soap</u>
<u>Marketing and Sales Practices Litigation</u>

                                  MDL No. 12-cv-2320-PB

**O R D E R**

    Unless requesting emergency relief, the parties shall refrain from filing additional pleadings in the lead or member MDL cases until the court issues Case Management Order No. 1 or otherwise requests party submissions. All non-emergency pleadings filed in violation of this order shall be stricken by the clerk's office without further order of the court.

    SO ORDERED.


March 9, 2012                        */s/ Paul Barbadoro*
                                      Paul Barbadoro
                                      United States District Judge


cc:   All Counsel of Record